# Federal Defenders
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

March 9, 2023

The Honorable Kim P. Berg
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

MEMO ENDORSED: 3/9/2023

Application Granted.
This matter is adjourned to April 21, 2023
at 9:00 a.m. in White Plains, New York.

So Ordered,

Kim P. Berg
United States Magistrate Judge, SDNY

Re:   **United States v. Adam Russell**
      **22 MJ 9216 (KPB)**

Dear Honorable Berg:

I am writing on behalf of Adam Russell to ask that the conference scheduled for March 10, 2023 be adjourned to either April 21, 2023 or May 19, 2023. I am requesting this adjournment because Mr. Russell, who is homeless and currently is living in a homeless shelter in the Bronx, has a housing-related appointment that conflicts with his March 10th appearance. As you probably recall, Mr. Russell is a veteran and, through a counselor at the VA Hospital, Mr. Russell has an appointment at 10:30am on March 10th in Staten Island through the Government's HUD-VASH rental assistance program, which is specifically geared towards homeless veterans.[1] Under these circumstances, I ask that Your Honor please adjourn this matter so that Mr. Russell may pursue this housing opportunity.

Thank you for your consideration.

Sincerely,

/s/

Benjamin Gold
Assistant Federal Defender

cc:   Hamzah Khan, CPT, JA

---

[1] Information about the HUD-VASH program is available online at:
https://www.hud.gov/program_offices/public_indian_housing/programs/hcv/vash