UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
United States of America,

                                                                               Case No. 7:22-MJ-9216 (KPB)

   -against-


Adam S. Russell,

                                  Defendant.
_____x

# ORDER

      At a status conference conducted on July 7, 2023, at which Defendant was present with counsel, the Court scheduled a bench trial to commence on Friday, October 13, 2023 at 9:00 a.m. The Court released Defendant on his own recognizance on the conditions that: 1) Defendant must not violate federal, state, or local law while on release; 2) Defendant must advise the Court, his attorney, and the Pretrial Services Office in writing, before making any change of residence or telephone number; and 3) Defendant must appear in Court as required, and if convicted, must surrender as directed to serve a sentence that the Court may impose.

      WHEREAS, Defendant failed to comply with each of the aforementioned conditions of release as the Court has been informed an arrest warrant for Defendant was issued on September 26, 2023 in Staten Island, New York, Defendant failed to notify the Court, his attorney and Pretrial Services of a change in his residence address and telephone number, and Defendant failed to appear for the scheduled trial before this Court on October 13, 2023;

Now it is hereby ORDERED that a warrant be issued for Defendant Adam S. Russell's arrest for failure to comply with the pretrial conditions of release previously ordered by the Court.

Dated: 13th day of October, 2023
       White Plains, New York

SO ORDERED:

_____
Hon. Kim P. Berg
United States Magistrate Judge