UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

—————————————————————————x

UNITED STATES OF AMERICA,

                                                       22-MJ-9216(KPB)

            -v-

ADAM S. RUSSELL

                  Defendant.

—————————————————————————x

## ORDER OF DISMISSAL

      Motion by the Government to dismiss is granted and the above-captioned case is hereby

dismissed.

Dated: White Plains, New York
        October 21, 2023

                                     SO ORDERED

                                     _____

                                     HON. KIM P. BERG
                                     U.S. MAGISTRATE JUDGE